UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GEORGE RAYFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. MEDINA, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-01318-VC<br><br>**ORDER GRANTING, IN PART, DEFENDANT CARMONA'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 18 |

　　　　Defendant Carmona moves for an extension of time to file a dispositive motion until ninety days after the Court rules on Defendants Salazar and Tomasian's motion to dismiss and Defendants Brown, Chase, Medina, Salazar, Sanchez and Tomasian's motion for summary judgment. The motion is granted, in part. Carmona's dispositive motion is due sixty days after the Court rules on the motions submitted by the other Defendants.

　　　　**IT IS SO ORDERED.**

Dated: September 5, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GEORGE RAYFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>F. MEDINA, et al.,<br><br>    Defendants. | Case No.  14-cv-01318-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/5/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raphael George Rayford ID: D-76886
Salinas Valley State Prison Fac D1-111L
P.O. Box 1050
Soledad, CA 93960-1050

Dated: 9/5/2014

                                                Richard W. Wieking
                                                Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA