UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAPHAEL GEORGE RAYFORD,
    Plaintiff,

v.

F. MEDINA, et al.,
    Defendants.

Case No. 14-cv-01318-VC

**ORDER SCREENING AMENDED COMPLAINT AND ISSUING BRIEFING SCHEDULE FOR DEFENDANTS' REPLY**

Re: Dkt. No. 32

    Plaintiff Raphael Rayford, an inmate at Salinas Valley State Prison, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against officers and employees of the prison. On August 22, 2014, the defendants filed a motion to dismiss and a motion for summary judgment. On August 28, 2014, Rayford filed a motion for leave to file an amended complaint. On September 10, 2014, the defendants moved to extend time to file their reply until the Court ruled on Rayford's motion for leave to amend and, on September 12, 2014, moved to stay discovery until the Court ruled on their motions to dismiss and for summary judgment.

    On September 18, 2014, the Court issued an order stating that Rayford may file an amended complaint as a matter of course, that the time for defendants to file their reply was stayed until the Court reviewed Rayford's amended complaint, and that discovery was stayed until the Court ruled on the motions the defendants had filed.

    On October 2, 2014, Rayford filed an amended complaint and a motion for leave to proceed *in forma pauperis* ("IFP"). The Court previously granted Rayford's motion for leave to proceed IFP, see doc. no. 5. There is no need for Rayford to file another IFP motion. Therefore, his second motion to proceed IFP is denied as moot.

    The Court has reviewed the amended complaint under 28 U.S.C. § 1915A (court must screen prisoner complaint and dismiss any claims that are frivolous or malicious or fail to state a claim upon which relief may be granted) and finds that it does not contain any additional allegations or claims that were not included in the original complaint. Therefore, the original

complaint remains the operative complaint in this case and the defendants' motions for dismissal and for summary judgment may proceed.

As stated above, the defendants' motions were filed on August 22, 2014. On September 5, 2014, Rayford filed an opposition to the defendants' motions, on September 22, 2014, he filed a second opposition, on October 7, 2014 he filed a third opposition and, on October 22, 2014, he filed a supplemental opposition. Only one opposition is allowed without leave of the Court, which Rayford has not requested. However, in order to timely adjudicate the defendants' motions, the Court will allow Rayford's oppositions to remain in the record, but any further filings that he submits without permission from the Court will be returned to him and will not be filed on the Court's docket.

The defendants' reply brief is now due twenty-one days from the date of this Order.

## CONCLUSION

Based on the forgoing, the Court orders as follows:

1. Rayford's original complaint remains the operative complaint in this action.

2. The defendants' reply to their motions to dismiss and for summary judgment is due twenty-one days from the date of this Order. The defendants' shall consider all of Rayford's opposition briefs in their reply.

3. Rayford may not file further briefs in response to the defendants' motions unless he first requests and receives leave of Court to do so.

4. If Rayford submits anything further in response to the defendants' motions, the Clerk of the Court shall mark it received and shall not file it. Any such documents shall be sent to the Court for its review before it is filed.

5. This Order terminates docket number 32.

**IT IS SO ORDERED**.

Dated: October 28, 2014

_____
VINCE CHHABRIA
United States District Judge