IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAPHAEL GEORGE RAYFORD,** | Case No. C 14-1318 VC (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION AS MODIFIED** |
| v. | |
| **F. MEDINA, et al.,** | |
| Defendants. | |

Defendants Carmona, Chase, Medina, Salazar, and Tomasian (Defendants) move this Court for an extension of the deadline to file a summary-judgment or other dispositive motion, up to and including May 18, 2015. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Plaintiff must serve and file an opposition or statement of non-opposition to Defendant's dispositive motion no later than twenty-eight days from the date Defendant's motion is filed. Defendant shall file a reply brief no later than fourteen days after Plaintiff's opposition is filed. Absent further order, the motion will be deemed submitted as of the date the reply brief is due without a hearing.

Dated: March 13, 2015

_____
The Hon_____hbria
United S_____

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

1