IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAPHAEL GEORGE RAYFORD,** | Case No. C 14-1318 VC (PR) |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **F. MEDINA, et al.,** | |
| Defendants. | |

    Defendants requested a thirty-day extension of time, up to and including June 17, 2015, to file a summary-judgment motion or other dispositive motion.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and find good cause exists to grant the request.  Accordingly, Defendants' request for a thirty-day extension, up to and including June 17, 2015, is GRANTED.

    Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight days from the date Defendants' motion is filed.  Defendants shall file a reply brief no later than fourteen days after Plaintiff's opposition is filed.

//

//

//

1

1     The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will
2 be held on the motion unless the Court so orders at a later date.

3 Dated: May 28, 2015

4                                                   The Honorable Vince Chhabria
                                                  United States District Judge

2

[Proposed] Order Granting Defs.' Mot. Change Time (C 14-1318 VC (PR))