IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAPHAEL GEORGE RAYFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**F. MEDINA, et al.,**<br><br>Defendants. | Case No. C 14-1318 VC (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A REPLY IN SUPPORT OF DISPOSITIVE MOTION AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Defendants requested a thirteen-day extension of time, up to and including July 29, 2015, to file a reply in support of their pending dispositive motion and an opposition to Plaintiff's cross-motion for summary judgment.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and find good cause exists to grant the request. Accordingly, Defendants' request for a thirteen-day extension, up to and including July 29, 2015, is GRANTED. Plaintiff shall file a reply brief no later than fourteen days after Defendants' opposition is filed.

Dated: July 29, 2015

_____

The Honorable Vince Chhabria
United States District Judge

1