UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RAPHAEL GEORGE RAYFORD,

    Plaintiff,

   v.

F. MEDINA, et al.,

    Defendants.

Case No. 14-cv-01318-VC (NJV)

**ORDER SETTING SCHEDULING CONFERENCE**

District Judge Vince Chambria has referred this case to the undersigned for a settlement conference. (Doc. 71.) Accordingly, the matter is HEREBY SET for a telephonic scheduling conference on March 1, 2016, at 1:00 p.m. The parties shall attend the telephonic scheduling conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: February 17, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge