UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAPHAEL GEORGE RAYFORD,

    Plaintiff,

  v.

F. MEDINA, et al.,

    Defendants.

Case No.  14-cv-01318-VC   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on June 1, 2016, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Raphael George Rayford, Pro Se

   (   ) Warden or warden's representative

   ( X ) Office of the California Attorney General, Sara D Van Loh

   (   ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.

   (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

   (   ) The parties are unable to reach an agreement at this time.

1   **IT IS SO ORDERED.**

2   Dated: 6/29/2016

3   _____

4   NANDOR J. VADAS
    United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GEORGE RAYFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>F. MEDINA, et al.,<br><br>    Defendants. | Case No. 14-cv-01318-VC (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 29, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raphael George Rayford
12082 Champlain Street
Morena Valley, CA 92557

Dated: June 29, 2016

                                                    Susan Y. Soong
                                                    Clerk, United States District Court

                                                     By: *[signature]*
                                                     Gloria Knudson, Deputy Clerk to the
                                                     Honorable NANDOR J. VADAS